1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11    GOPHER MEDIA, LLC,                        Case No.:  20-CV-1929-CAB-WVG

12                               Plaintiff,     **ORDER SETTING DEADLINE TO**
                                                **(1) FILE JOINT MOTION TO**
13    v.                                        **DISMISS OR (2) LODGE JOINT**
                                                **DISCOVERY PLAN AND APPEAR**
14    ADIT, et al.,                             **FOR TELEPHONIC CASE**
                                                **MANAGEMENT CONFERENCE**
15                               Defendants.

16

17

18

19          On August 10, 2021, this Court convened a telephonic joint status conference

20    pursuant to its August 6, 2021 Order. (Doc. No. 46.) Pamela Chalk appeared for Plaintiff.

21    Kevin Brown appeared for Defendants. The Parties confirmed they are at an impasse

22    regarding fulfilling certain terms of the settlement agreement referenced in their May 20,

23    2021 Notice of Settlement. (Doc. No. 39.) In doing so, the Parties averred their willingness

24    to meet and confer to resolve all terms that are presently in dispute. Given this case's status,

25    the Court ORDERS counsel to identify all specific settlement terms at issue and meet and

26    confer over each term in a good-faith effort to resolve all outstanding conflicts with finality.

27    Should such resolution be reached, the Parties are ORDERED to file a joint motion to

28    dismiss this case with prejudice **no later than 5:00 p.m. on Tuesday, August 17, 2021**. If

resolution is not reached, the Parties are ORDERED to lodge a joint discovery plan that complies with all applicable rules, including this Court's Civil Chambers Rules, **no later than 5:00 p.m. on Tuesday, August 17, 2021**.

If the Parties lodge a joint discovery plan, counsel for the Parties are ORDERED to appear for a telephonic Case Management Conference ("CMC") on **Wednesday, August 18, 2021, at 3:00 p.m. Further, no later than 5:00 p.m. on Tuesday, August 17, 2021**, counsel shall lodge their appearances and the telephone numbers at which they can be reached directly without fail for purposes of the August 18, 2021 telephonic CMC. Chambers will initiate the CMC, if there is to be one.

**IT IS SO ORDERED.**

Dated: August 11, 2021

Hon. William V. Gallo
United States Magistrate Judge